**No. 38969.**—Protest 457229–G of Chas. A. Stevens & Bros. (New York).

Opinion by TILSON, J.   It was established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38970.**—Protests 457937–G, etc., of S. Kalinsky Co. (New York).

Opinion by TILSON, J.   It was established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38971.**—Protest 486096–G of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   It was established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 38972.**—Protests 302210–G, etc., of Globe Shipping Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was sustained.   *Rice* v. *United States* (T. D. 49373) cited.

**No. 38973.**—Protests 500409–G, etc., of Samuel Bernstein et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, JULY 7, 1938

**No. 38974.**—Protest 924877–G of Nathan Zucker (New York).

Opinion by CLINE, J.   It appeared that the feathers were incapable of being marked and that the immediate containers were marked "British made."   On the authority of Abstract 37803 the protest was overruled.